United States District Court for the Northern District of Georgia

| | | |
|---|---|---|
| TIM SHOBE | | ) Case No.: 1 13-CV-3442 |
| | | ) |
| | Plaintiff | ) |
| | v. | ) |
| CJI GROUP, LTD. | | ) |
| | Defendant | ) |

## PROOF OF SERVICE

I, Robert Benito, hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over the age of eighteen (18) years and not a party to this action.

That on October 25, 2013 at 12:19 PM at 4759 Hammermill Rd., Tucker, GA 30084, deponent served the within Summons in a Civil Action, Complaint, Civil Case Coversheet, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright on CJI Group, LTD. therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to Moneka Johnson, whose title is Administration, an authorized agent who is legally able to accept the service documents listed above.

The description of the person actually served is as follows:

Gender: Female    Race/Skin: Black    Hair: Black    Glasses: No    Age: 35    Height: 5'9"    Weight: 140

The fee for this service is: $

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_[signature]_
Robert Benito, Lic. #CPS # 0000109
Writ Legal, LLC
P.O. Box 2249
Rockville, MD 20847
(888) 667-2038

Executed on: 10-29-13

ID: 13-002267

Client Reference: CJI Group LTD.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1 13-CV-3442

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CJI Group, LTD.
was received by me on *(date)*  10/23/2013  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Moneka Johnson, Administration  , who is
designated by law to accept service of process on behalf of *(name of organization)*  CJI Group, LTD.
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/25/2013

*Server's signature*

Robert Benito, Certified Process Server, #0000109
*Printed name and title*

WRIT LEGAL, LLC
P.O. BOX 2249
ROCKVILLE, MD 20847
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons in a Civil Action, Complaint, Civil Case Coversheet, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright

WL13-002267