IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIM SHOBE,<br><br>PLAINTIFF<br><br>VS.<br><br>CJI GROUP, LTD.<br><br>DEFENDANT. | CASE NO. 1:13-CV-3442-HLM |

**RESPONSE TO ORDER TO SHOW CAUSE**

Now come the parties, by and through counsel, and hereby respond to the Court's September 5, 2014 Order requesting the parties to file a proposed consolidated pre-trial order with the Court or otherwise show cause why this case should not be dismissed.

The parties request a 45 day extension to file a proposed pre-trial order to allow the parties to discuss a potential settlement for this matter. Plaintiff has offered a settlement to Defendant, which Defendant is presently considering. Additionally, Defendant is out of the country at the moment, which necessitates additional time for communication between the parties.

Therefore, for the reasons stated above, the parties request a 45-day extension of time to submit the pre-trial order.

Respectfully submitted,

| | |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| /s/ Douglas H. Sanders | /s/ Robert M. Ward |
| Douglas H. Sanders, Esq. | Robert M. Ward, Esq. |
| Sanders Law PLLC | Dilworth IP |